IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00566-WYD-MEH

STATES RESOURCES CORP., an Iowa corporation,

    Plaintiff,

v.

ROY KNAPP, also known as ROY A. KNAPP, and
VANDA L. KNAPP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2010.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed September 15, 2010; docket #23] is **granted in part and denied in part**. The Scheduling Conference currently set for September 22, 2010, at 9:15 a.m. is **converted** to a **Status Conference** and shall be held in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

    The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.