IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00566-WYD-MEH

STATES RESOURCES CORP., an Iowa Corporation,

    Plaintiff,

v.

ROY KNAPP, also known as ROY A. KNAPP; and
VANDA L. KNAPP,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Status Report and Motion to Dismiss, filed November 29, 2010 [ECF No. 29].  Therein the parties assert that the United States Bankruptcy Court for the District of Colorado granted Defendants a discharged of the debt sought by Plaintiff in this case, and Plaintiff requests that this case be dismissed.  Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby

ORDERED that the Motion to Dismiss is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.

Dated:  November 30, 2010

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge